# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| RONALD ALLEN HICKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:16-cv-00727 |
| | ) | Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION, | ) | Magistrate Judge Knowles |
| | ) | |
| Defendant. | ) | |

## O R D E R

On August 17, 2017, the magistrate judge issued a Report and Recommendation (DE #21), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's Motion for Judgment on the Administrative Record (Docket No. 18) is DENIED, and the final decision of the Commissioner is AFFIRMED.

This Order constitutes the judgment in this case.

It is so **ORDERED**.

ENTER this 11th day of September 2017.

_____
ALETA A. TRAUGER
U.S. District Judge